UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HINES IMMIGRATION LAW, PLLC et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Executive Office for Immigration Review et al.,<br><br>Defendants. | Civil Action No. 26-1018 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Minute Order entered March 25, 2026, plaintiffs, Hines Immigration Law, PLLC and The Advocates for Human Rights, (collectively "Plaintiffs"), and defendants, the Executive Office for Immigration Review, Daren K. Margolin, in his official capacity as Director of the Executive Office for Immigration Review, the Department of Justice, and Attorney General Pam Bondi, (collectively "Defendants"), respectfully submit this joint status report.

1.     The parties respectfully propose the following schedule for Plaintiff's Emergency Motion for a Stay Under 5 U.S.C. § 705 (ECF No. 3, "Plaintiffs' Motion"): Defendants' Opposition due March 31, 2026, Plaintiff's reply due April 3, 2026.

2.     The parties believe a hearing is necessary. The parties respectfully propose a hearing be conducted on Monday, April 6, 2026, Tuesday, April 7, 2026, or thereafter at a time convenient for the Court.

3.     After conferring with Defendants, Plaintiffs have agreed to the briefing schedule above in order to accommodate Defendants' request for one week to respond to the pending Motion. Nevertheless, Plaintiffs continue to face irreparable harm, which will become more severe as individual merits hearings are scheduled over a concentrated period of time. Under the Policy,

Plaintiff Hines Immigration Law's first individual merits hearing on behalf of a client is scheduled for April 1, 2026, and it has several other merits hearings scheduled in rapid succession from April 15, 2026 onward. While Defendants' requested time to respond would move resolution of the Motion past April 1, obtaining relief before April 15 is crucial for Plaintiffs. Plaintiffs therefore respectfully request a ruling on their Motion by Friday, April 10.

4.      The parties do not anticipate factual disputes between the affiants. However, Defendants maintain that there is no "Somali Fast-Track Policy".

Dated: March 26, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


*/s/ Jyoti Jasrasaria*_____
Jyoti Jasrasaria (D.C. Bar No. 1671527)
Michael J. Torcello (D.C. Bar No.
   90014480)
Yenisey Rodríguez (D.C. Bar No.
   1600574)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
jjasrasaria@democracyforward.org
mtorcello@democracyforward.org
yenisey.rodriguez@democracyforward.org
rthurston@democracyforward.org

*Attorneys for Plaintiffs*

By:       */s/ Kimberly A. Stratton*_____
Kimberly A. Stratton
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-417-4216

*Attorneys for the United States of America*