# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HINES IMMIGRATION LAW, PLLC**, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**, et al.,<br><br>*Defendants.* | **Case No. 26-cv-1018** |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE DECLARATION OF DR. JOSEPH GUNTHER IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A STAY UNDER 5 U.S.C. § 705

Consistent with the requirement for emergency motions for injunctive relief under Local Rule 65.1(c), Plaintiffs respectfully move for leave to file the attached supplemental declaration of Dr. Joseph Gunther in support of Plaintiffs' emergency motion for a stay under 5 U.S.C. § 705, ECF No. 3. Pursuant to Local Rule 7(m), Plaintiffs have conferred with Defendants, who indicated that they oppose this motion.

Dr. Gunther's declaration is directly responsive to Defendants' assertion that there is no "Somali Fast-Track Policy." ECF No. 9 ¶ 4. Dr. Gunther's analysis shows, among other things, that non-detained Somali cases have been reassigned on short notice at a far higher rate than those of other nationalities; that the notice time for individual merits hearings in non-detained Somali cases plummeted sharply in February 2026; and that virtually all reassigned non-detained Somali cases went to a subset of eleven immigration judges, almost all of whom have higher-than-average asylum denial rates. Dr. Gunther's declaration also further corroborates the attorney declarations

submitted in support of Plaintiffs' motion, ECF Nos. 3-2 to 3-19, highlighting how Defendants have singled out non-detained Somali noncitizens.

Granting leave to file will not prejudice Defendants. Plaintiffs emailed a copy of Dr. Gunther's executed declaration to Defendants on March 30, 2026, at 9:12 a.m. Defendants therefore received notice of the declaration before their written response is due and more than one week in advance of the motion hearing scheduled for April 7, 2026. To the extent Defendants seek more time to respond in writing, Plaintiffs would not object to Defendants' filing a short supplemental response—limited to the contents of Dr. Gunther's declaration—in advance of the motion hearing.

Date: March 31, 2026

Respectfully submitted,

*/s/ Jyoti Jasrasaria*
Jyoti Jasrasaria (D.C. Bar No. 1671527)
Michael J. Torcello (D.C. Bar No. 90014480)
Yenisey Rodríguez (D.C. Bar No. 1600574)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
jjasrasaria@democracyforward.org
mtorcello@democracyforward.org
yenisey.rodriguez@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I filed the foregoing document with the Clerk of

Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system.

*/s/ Jyoti Jasrasaria*
Jyoti Jasrasaria
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jjasrasaria@democracyforward.org

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **HINES IMMIGRATION LAW, PLLC**, et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**, et al.,<br><br>    *Defendants.* | **Case No. 26-cv-1018** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE DECLARATION OF DR. JOSEPH GUNTHER IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A STAY UNDER 5 U.S.C. § 705**

Upon consideration of Plaintiffs' motion for leave to file declaration of Dr. Joseph Gunther

in support of Plaintiffs' emergency motion for a stay under 5 U.S.C. § 705, it is hereby

**ORDERED** that Plaintiffs' motion for leave to file is **GRANTED**.

**SO ORDERED.**

Dated: _____, 2026

_____
THE HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE