**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HINES IMMIGRATION LAW, PLLC**, et al.,<br><br>   *Plaintiffs,*<br><br>v.<br><br>**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**, et al.,<br><br>   *Defendants.* | **Case No. 26-cv-1018 (CJN)** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE CORRECTED DECLARATION OF
ALEXIS DUTT**

On March 24, 2026, Plaintiffs filed their emergency motion for a stay under 5 U.S.C. § 705, ECF No. 3, along with several supporting attorney declarations, ECF Nos. 3-2 to 3-19. Plaintiffs have since become aware that the text on the final page of the Declaration of Alexis Dutt, ECF No. 3-6, appears to have been corrupted in the as-filed version. Plaintiffs therefore respectfully request leave to substitute the correct version of the Dutt Declaration, which is attached to this motion.

Pursuant to Local Rule 7(m), Plaintiffs have conferred with Defendants, who indicated that they take no position on this request.


Date: April 3, 2026

             Respectfully submitted,

             */s/ Jyoti Jasrasaria*
             Jyoti Jasrasaria (D.C. Bar No. 1671527)
             Michael J. Torcello (D.C. Bar No. 90014480)
             Yenisey Rodríguez (D.C. Bar No. 1600574)
             Robin F. Thurston (D.C. Bar No. 1531399)
             Democracy Forward Foundation

P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
jjasrasaria@democracyforward.org
mtorcello@democracyforward.org
yenisey.rodriguez@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2026, I filed the foregoing document with the Clerk of

Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system.

> */s/ Jyoti Jasrasaria*
> Jyoti Jasrasaria
> Democracy Forward Foundation
> P.O. Box 34553
> Washington, D.C. 20043
> (202) 448-9090
> jjasrasaria@democracyforward.org

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HINES IMMIGRATION LAW, PLLC**, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**, et al., <br><br> *Defendants.* | **Case No. 26-cv-1018 (CJN)** |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE CORRECTED DECLARATION OF ALEXIS DUTT

Upon consideration of Plaintiffs' motion for leave to file corrected declaration of Alexis Dutt, it is hereby

**ORDERED** that Plaintiffs' motion for leave to file is **GRANTED**.

**SO ORDERED.**

Dated: _____, 2026

_____
THE HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE