**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HINES IMMIGRATION LAW, PLLC,
*et al.*,

     *Plaintiffs*,

    v.

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW, *et al.*,

     *Defendants*.

Civil Action No. 1:26-cv-01018 (CJN)

**ORDER**

    This matter is before the Court on Plaintiffs' Emergency Motion to Stay Under 5 U.S.C.

§ 705, ECF No. 3.  For the reasons stated in the accompanying Memorandum Opinion, it is

    **ORDERED** that Plaintiffs' motion is **DENIED**.


DATE:  April 10, 2026

                                                   _____

                                                 CARL J. NICHOLS
                                                 United States District Judge

1