**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **HINES IMMIGRATION LAW, PLLC**, et al.,<br><br>   *Plaintiffs,*<br><br>v.<br><br>**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**, et al.,<br><br>   *Defendants.* | **Case No. 26-cv-1018 (CJN)** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Hines Immigration Law, PLLC and The Advocates for Human Rights, by and through counsel, hereby give notice of their voluntary dismissal of this case without prejudice.

Date: April 24, 2026

Respectfully submitted,

*/s/ Jyoti Jasrasaria*
Jyoti Jasrasaria (D.C. Bar No. 1671527)
Michael J. Torcello (D.C. Bar No. 90014480)
Yenisey Rodríguez (D.C. Bar No. 1600574)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
jjasrasaria@democracyforward.org
mtorcello@democracyforward.org
yenisey.rodriguez@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*